## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Refugio Ruiz–Cortez

     Plaintiff,

v.

              Case No.: 1:11–cv–01420
              Honorable Harry D. Leinenweber

City of Chicago, et al.

     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 19, 2015:

  MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing held on 5/19/2015. City of Chicago's Motion for leave to fie the additional appearances of Eileen E. Rosen, Stacy Benjamin, Silvia Mercado Masters, Catherine Barber, and Theresa Berousek Carney [174] is granted. The Joint Motion to appoint the Federal Defender Program to represent the witness Saul Rodriguez, to protect any rights he may have and to facilitate the expeditious completion of discovery [176] is granted. Attorney Scahill is directed to supply the Federal Defender Program with contact information for Mr. Rodriguez. Status hearing set for 9/17/2015 at 09:00 AM. Expert report now due by 6/30/2015.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.